IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn

Criminal Case No. 08-cr-00177-REB-01

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. ALFRED EUGENE TRUJILLO, III,

    Defendant.

---

## MINUTE ORDER[1]

---

On April 4, 2013, the court conducted a telephonic setting conference to reset the revocation of supervised release hearing. After conferring with counsel and with their consent,

**IT IS ORDERED** as follows:

1. That on **April 23, 2013**, commencing at 10:00 a.m., the court shall conduct the revocation of supervised release hearing in this matter;

2. That, to the extent necessary, the United States Marshal for the District of Colorado shall assist the court in securing the defendant's appearance for this hearing; and

3. That the telephonic setting conference set for April 11, 2013, is **VACATED**.

Dated: April 4, 2013

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.